**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MEDLINE INDUSTRIES, LP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 25-cv-06153 |
| AL AUSIELLO, | ) ) ) |
| Defendant. | ) ) |

### PLAINTIFF'S LOCAL RULE 3.2 STATEMENT OF AFFILIATES

Plaintiff, Medline Industries, LP ("Plaintiff"), by and through its attorneys, Levenfeld Pearlstein, LLC, pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, states as follows:

1. Plaintiff is headquartered in Illinois and formed pursuant to the law of the State of Illinois.

2. Pursuant to Local Rule 3.2, Plaintiff discloses the following Affiliates, as defined therein:

   a. Medline Industries, LP is wholly owned by Medline Borrower, LP, which is in turn wholly owned by Medline Intermediate, LP, which in turn is wholly owned by Medline Holdings, LP.

   b. Investment funds affiliated with and controlled by Blackstone, Inc., which is a publicly traded company, own more than 5% of the limited partnership interest of Medline Holdings, L.P.

   c. Investment funds affiliated with and controlled by The Carlyle Group Inc., which is a publicly traded company, own more than 5% of the limited partnership interest of Medline Holdings, L.P.

   d. Investment funds affiliated with and controlled by Hellman & Friedman, LLC, which is not a publicly traded company, own more than 5% of the limited partnership interest of Medline Holdings, L.P.

    e.  Mozart HoldCo, Inc., which is not a publicly traded company, owns more than 5% of the limited partnership interest of Medline Holdings, L.P.

    f.  Hux Investment Pte. Ltd., which is affiliated with GIC Pte. Ltd., which is not a publicly traded company, owns more than 5% of the limited partnership interest of Medline Holdings. L.P.

Dated: June 3, 2025

Respectfully submitted,

MEDLINE INDUSTRIES, LP

By: s/ Peter Donati
     One of Its Attorneys

Peter Donati
Christopher Heintskill
Jason Hirsh
LEVENFELD PEARLSTEIN, LLC
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois 60606
Tel.: (312) 346-8380
Fax: (312) 346-8434
pdonati@lplegal.com
cheintskill@lplegal.com
jhirsh@lplegal.com

## **CERTIFICATE OF SERVICE**

    The undersigned, a non-attorney, certifies that she served a true and correct copy of the foregoing *Plaintiff's Local Rule 3.2 Statement Of Affiliates* on the parties listed below, via email and U.S. mail on June 3, 2025.

Al Ausiello<br>
14 Westminster Drive<br>
Nashua, NH 03064<br>
aausiell1@yahoo.com

                                                    */s/ Kelly K. Patton*
                                                      Kelly K. Patton