# **<u>Exhibit 1</u>**

## DECLARATION OF AL AUSIELLO

I, Al Ausiello, under penalty of perjury state as follows:

1. I am of legal age and under no disability.

2. ~~This declaration is being provided to confirm my compliance with certain provisions of my Confidentiality, Protective Covenants & Arbitration agreement with Medline Industries, LP ("Medline" or the "Company") dated January 30, 2025 (the "Protective Covenants Agreement"). Capitalized terms not otherwise defined herein shall have the meanings assigned to them in the Protective Covenants Agreement.~~

3. I have returned all property belonging to Medline and have otherwise complied with my obligations pursuant to Section 11 of the Protective Covenants Agreement.

4. In addition, I no longer have in my possession or control any Confidential Information of Medline and at all times prior to the date hereof I have complied with my obligations pursuant to Section 5 of the Protective Covenants Agreement.

5. Without limiting the foregoing, I confirm that I have conducted a search of my hard copy files, my personal cell phone, my personal computer or tablet, and any personal email accounts, and I no longer have in hard copy or electronic form, any property belonging to Medline or any Confidential Information.

6. I confirm that I have not provided any Confidential Information of Medline to Performance Health or any other third party, except as authorized to do so in connection with my employment with Medline.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of May, 2025

*Al Ausiello*
Al Ausiello